DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

BRITTEN SWANN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3078
_____

September 6, 2023

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Howard L. Dimmig, II, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.
_____

Opinion subject to revision prior to official publication.